**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01658-CV

### SULMA GONZALES, Appellant

### V.

### THE DALLAS COUNTY APPRAISAL DISTRICT, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09665**

## ORDER

On April 1, 2014, the Court ordered Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court of Dallas County, Texas, to file, by May 1, 2014, either the reporter's record or written documentation that appellant has not requested the reporter's record. Ms. Martin did not respond. On May 13, 2014, we again ordered Ms. Martin to file, on or before May 20, 2014, either the reporter's record or written documentation that appellant has not requested the record. As of today's date, the Court has not received any response from Ms. Martin.

Accordingly, we again **ORDER** Ms. Martin to file, **ON OR BEFORE JUNE 16, 2014**, either: (1) the reporter's record; or (2) written documentation that appellant has not requested

the reporter's record. If Ms. Martin fails to comply with this order by **JUNE 16, 2014**, the Court may order that she not sit as a court reporter until she has complied.

*We caution appellant that, if the Court receives written documentation of no request, the Court will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c)(1).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Phyllis Lister Brown, Judge of the 162nd Judicial District Court of Dallas County, Texas, Ms. Martin, appellant, and all counsel of record.


/s/     ADA BROWN
        JUSTICE